## UNITED STATES
v.
## WILLIAM ALLEN

1809

### JOURNAL ENTRIES

1. Rule for recognizance . . . . . . . . *Journal, infra,* *p. 215
2. Recognizance . . . . . . . . . . . . " 217
3. Continuance . . . . . . . . . . . " 243
4. Nolle prosequi . . . . . . . . . . " 308
5. Motion to tax costs overruled . . . . . . . . " 327

### PAPERS IN FILE
[None]

## UNITED STATES
v.
## JAMES McGREGOR

1809

### JOURNAL ENTRIES

1. Special bail . . . . . . . . . . . *Journal, infra,* *p. 216
2. Declaration filed; rule to plead . . . . . . . . " 219
3. Rule to plead . . . . . . . . . . . " 232
4. Affidavit filed; motion for continuance granted . . . " 236
5. Motion for continuance granted . . . . . . . " 303
6. Plea; issue; verdict; judgment . . . . . . . " 348

### PAPERS IN FILE
[None]